UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                           :
JOVAN CAMPBELL,                            :
                       Plaintiff,      :
                                                :           22 Civ. 9940 (LGS)
                  -against-                         :
                                                :           <u>ORDER</u>
BRITISH ISLES, INC.,                        :
                                  Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for January 25, 2023. On January 16, 2023, the parties filed a joint letter and proposed case management plan.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the January 25, 2023, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED**, regarding settlement discussions, the parties shall meet and confer regarding a mutually agreeable alternative dispute resolution mechanism. By **January 25, 2023**, the parties shall file a joint letter on ECF stating whether they would like a referral to the S.D.N.Y. mediation program or a referral for a settlement conference before Magistrate Judge Wang.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: January 18, 2023
        New York, New York

                                                          LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**