```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  JOVAN CAMPBELL,                                              :
                            Plaintiff,                         :
                                                               :        22 Civ. 9940 (LGS)
                 -against-                                     :
                                                               :               ORDER
  BRITISH ISLES, INC.,                                         :
                            Defendant.                         :
-------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, an Order issued January 18, 2023, directed the parties to file a joint letter on ECF stating whether they would like a referral to the S.D.N.Y. mediation program or a referral for a settlement conference before Magistrate Judge Wang, by January 25, 2023.

  WHEREAS, no such letter was filed.  It is hereby

  **ORDERED** that the parties shall file the required later as soon as possible and no later than **January 27, 2023**.

Dated: January 26, 2023
   New York, New York

                 _____
                  LORNA G. SCHOFIELD
                 UNITED STATES DISTRICT JUDGE