UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
JOVAN CAMPBELL,                                               :
                                Plaintiff,                    :
                                                              :   22 Civ. 9940 (LGS)
                -against-                                     :
                                                              :   ORDER
BRITISH ISLES, INC.,                                          :
                                Defendant.                    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued January 18, 2023, directed the parties to file a joint letter on ECF stating whether they would like a referral to the S.D.N.Y. mediation program or a referral for a settlement conference before Magistrate Judge Wang, by January 25, 2023.

    WHEREAS, no such letter was filed.  An Order issued January 26, 2023, directed the parties to file the joint letter by January 27, 2023.

    WHEREAS, no such letter was filed.  It is hereby

    **ORDERED** that the parties shall file the required later as soon as possible and no later than **January 31, 2023**.

Dated: January 30, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE