

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>**VIA ECF**</u>
Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

January 31, 2023

      Re:    <u>*Campbell v. British Isles*</u>
                 <u>Case No. 1:22-cv-9940- Request for Referrral to Mediation</u>

Dear Judge Schofield:

      Plaintiff submits this letter jointly in accordance with the Order dated January 30, 2023 (Dkt. No. 15). The Parties have conferred and respectfully request a referral to mediation at this time

      We thank the Court for its consideration of this matter.

      Respectfully submitted,

      **MARS KHAIMOV LAW, PLLC**

      <u>*/s/ Mars Khaimov*</u>
      Mars Khaimov, Esq.

      Attorneys for Plaintiff

Cc: David Stein, Esq.

