

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

January 31, 2023

Re:     *Campbell v. British Isles*
         Case No. 1:22-cv-9940- Request for Referrral to Mediation

Dear Judge Schofield:

    Plaintiff submits this letter jointly in accordance with the Order dated January 30, 2023 (Dkt. No. 15).  The Parties have conferred and respectfully request a referral to mediation at this time

    We thank the Court for its consideration of this matter.

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

Cc: David Stein, Esq.

---

> Application **GRANTED.**  A referral order to the SDNY mediation program will issue separately.  The parties are reminded that the use of any alternative dispute resolution mechanism does not stay or provide cause to extend any discovery deadlines.  So Ordered.
>
> Dated: February 1, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

