UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
JOVAN CAMPBELL,                                             :    22 Civ. 9940 (LGS)
                                          Petitioners,      :
                                                            :    ORDER
                 -against-                                  :
                                                            :
BRITISH ISLES, INC.,                                        :
                                          Defendant.        :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order, dated January 18, 2023, required the parties to file a joint status letter by April 4, 2023.

WHEREAS, the parties have not filed the required letter. It is hereby

**ORDERED** that, by **April 7, 2023**, the parties shall file the required letter.

Dated: April 5, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**