UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
:
JOVAN CAMPBELL,                              :     22 Civ. 9940 (LGS)
                          Petitioners,       :
                                             :           ORDER
         -against-                           :
                                             :
BRITISH ISLES, INC.,                         :
                          Defendant.         :
                                             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order, dated January 18, 2023, required the parties to file a joint status letter by April 4, 2023.

WHEREAS, an Order dated April 5, 2023, extended the deadline to file the joint status letter *nunc pro tunc* to April 7, 2023.

WHEREAS, the parties have not filed the required status letter.

**ORDERED** that, as soon as possible and no later than **April 12, 2023**, the parties shall file the required letter.

Dated: April 11, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE