UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOVAN CAMPBELL,

                               Plaintiff,          22 Civ. 9940 (LGS)

-against-                       ORDER

BRITISH ISLES, INC.,

                               Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued April 14, 2023, directed Defendant to file a letter on ECF stating whether it joins Plaintiff's request for a referral to the SDNY mediation program.

       WHEREAS, no such letter was filed.  It is hereby

       **ORDERED** that Defendant shall file the required letter as soon as possible and no later than **April 21, 2023**.

Dated: April 20, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE